# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00642-GCM

| | |
|---|---|
| CECIL LYNDELL DOWDELL, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| SONIC AUTOMOTIVE, INC., | ) |
| Defendants. | ) |

This matter is before the Court on the consent motion of Defendant Sonic Automotive, Inc., d/b/a Cadillac of South Charlotte to stay proceedings pending arbitration. For good cause shown, **IT IS HEREBY ORDERED** that this action is stayed pending binding arbitration between the parties and that all claims or controversies related to Plaintiff's employment be determined by arbitration. The parties will notify the Court of any settlement of this matter or of the results of the arbitration so that the Court can take whatever further action may be appropriate at that time, to include judicial confirmation of the award and/or the dismissal of this action.

**SO ORDERED**.

Signed: January 24, 2019

Graham C. Mullen
United States District Judge